January 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ADAIAH EZEKIEL, M.D., Appellant

NO. 14-12-00305-CV                                    V.

ADA SHORTS AND STERLING DRISDALE, INDIVIDUALLY AND AS
REPRESENTATIVES OF THE ESTATE OF JA'MAREAN J. SHORTS
DRISDALE, DECEASED, Appellees

_____

This cause, an appeal from the trial court's order in favor of appellees, Ada Shorts and Sterling Drisdale, Individually and as Representatives of the Estate of Ja'Marean J. Shorts Drisdale, Deceased, signed March 9, 2012, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order that all costs incurred by reason of this appeal be paid by appellees, Ada Shorts and Sterling Drisdale, Individually and as Representatives of the Estate of Ja'Marean J. Shorts Drisdale, Deceased. We further order this decision certified below for observance.